**Order entered February 3, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00297-CR

### SAUL RANULFO HERRERA RIOS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 203rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F17-24112-P

## ORDER

Before the Court is appellant's January 31, 2020 motion for extension of time to file his brief. We **GRANT** appellant's motion and **ORDER** the brief received February 3, 2020 filed as of the date of this order.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE